**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARNABAS TERHEMBA JIME,<br>Petitioner,<br>v.<br>D.H.S.,<br>Respondent. | Case No. 5:26-cv-03244-AB-AJR<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The deadline to file objections to the Report and Recommendation has passed and no objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that judgment be entered GRANTING the Petition. The Court declares that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), but instead is detained pursuant to 8 U.S.C. § 1226(a). Respondent

shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven days or otherwise release Petitioner if such bond hearing is not timely provided (except that if Petitioner requests a delay, then the hearing may be provided beyond the seven-day deadline and Respondent shall grant any reasonable request for delay). Respondent shall file a notice of compliance **within three days of the bond hearing occurring.**

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at the current address of record, as well as all parties who have appeared in the action.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: July 13, 2026

HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE