JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARNABAS TERHEMBA JIME,<br>Petitioner,<br>v.<br>D.H.S.,<br>Respondent. | Case No. 5:26-cv-03244-AB-AJR<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is GRANTED. The Court declares that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), but instead is detained pursuant to 8 U.S.C. § 1226(a). Respondent shall provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven days or otherwise release Petitioner if such bond hearing is not timely provided (except that if Petitioner requests a delay, then the hearing may be provided beyond the seven-day deadline and Respondent shall grant any reasonable

request for delay). Respondent shall file a notice of compliance **within three days of the bond hearing occurring**.

DATED: July 13, 2026

HON. ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE